# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Ronald STAFFORD<br><br>DOB: 1975; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>21-07302MJ |

**Complaint for violation of Title 18 United States Code § 2250(a)**

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

From on or about April 30, 2021 to current, at or near Tucson in the District of Arizona, the defendant, Ronald STAFFORD, a person required to register under the Sex Offender Registration and Notification Act, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, after relocating and traveling in interstate commerce from Michigan to Arizona.

All in violation of Title 18, United States Code, Section 2250(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 21, 1998 Ronald STAFFORD was convicted in the United States District Court, in the District of Michigan, of Conspiracy to Kidnap, Kidnapping, Transportation with Intent to Engage in Criminal Sexual Activity, and Aggravated Sexual Abuse with Children in case number: 1:97-CR-66-01. As a result of this conviction, he is required to register as a sex offender pursuant to the Sex Offender Registration and Notification Act.

STAFFORD last registered in the State of Michigan on December 6, 2018 listing an address of 537 Chicago Avenue, Kalamazoo, MI 49048. On June 9, 2021, STAFFORD was arrested by the Sierra Vista Police Department on an outstanding warrant. During a post Miranda interview, STAFFORD admitted to being in Arizona for the past two (2) months but had not registered as a sex offender because he didn't want to get arrested.

As of June 9, 2021, STAFFIRD has not registered as a sex offender in the State of Arizona.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

REQUEST DETENTION

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

AUTHORIZED BY: AUSA Erica L. Seger

ERICA SEGER — Digitally signed by ERICA SEGER Date: 2021.06.21 10:34:33 -07'00'

SIGNATURE OF COMPLAINANT

OFFICIAL TITLE
U.S. Marshals

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE: 6/21/2021

[1] See Federal rules of Criminal Procedure Rules 3 and 54